

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    Beach Capital Partnership, L.P., Gary M. Beach, Playa Oil and Gas
                        GP LLC, and Playa Oil & Gas LP v. DeepRock Venture Partners LP
                        and Paul Touradji

Appellate case number:   01-11-00968-CV

Trial court case number:  2008-57962

Trial court:              55th District Court of Harris County

    It is ordered that Appellants' Motion for Rehearing is **denied**.


Justice's signature: /s/ Rebeca Huddle
                    Acting for the Court

Panel consists of:   Chief Justice Radack and Justices Massengale and Huddle


Date: October 1, 2014